# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

————————————————

THOMAS ARVIN COPELAND, JR.,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-0048

————————————————

March 11, 2026

Appeal from the Circuit Court for Hillsborough County; Mark Dawson Kiser, Judge.

Blair Allen, Public Defender, and Kimberly Nolen Hopkins, Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, and William C. Shelhart, Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

Affirmed.

KELLY, ROTHSTEIN-YOUAKIM, AND LABRIT, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.